UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No. 1:09-mj-106

v                                   Hon. Hugh W. Brenneman, Jr.

MICHAEL DOUGLAS BOWEN,

       Defendant.
_____/

**ORDER DENYING MOTION FOR EXTENSION OF TIME
TO SEEK INDICTMENT**

Pending before the court is a motion by the United States brought under the Speedy Trial Act, 18 U.S.C. § 3161, for an extension of thirty (30) days in which to seek an indictment in this case (docket no. 9). The government seeks the motion in part in order to gain time to analyze DNA. A delay could also benefit the defendant by allowing him to possibly resolve the case prior to indictment. Defendant, however, rejects a continuance on the latter basis, and the court finds the former reason an insufficient basis to grant the motion under the circumstances of this case. Accordingly, the motion is **DENIED.**

       **IT IS SO ORDERED.**


Dated: April 23, 2010                          /s/ Hugh W. Brenneman, Jr.
                                                  HUGH W. BRENNEMAN, JR.
                                                  United States Magistrate Judge