UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                               Case No. 1:09-mj-106

v.                                          Hon. Hugh W. Brenneman, Jr.

MICHAEL DOUGLAS BOWEN,

      Defendant.
_____/

**ORDER GRANTING MOTION TO DISMISS**

Defendant has filed a motion asking the court to dismiss the criminal complaint against him and order his release from custody because the government has not filed an information or indictment in the time period required under 18 U.S.C. § 3161 (docket no. 12). The motion is unopposed and, accordingly, is **GRANTED.** The complaint in this matter is dismissed without prejudice and defendant shall be released from custody immediately.

      **IT IS SO ORDERED.**

Dated: April 29, 2010                          /s/ Hugh W. Brenneman, Jr.
                                                          HUGH W. BRENNEMAN, JR.
                                                          United States Magistrate Judge